IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 03 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02137-BNB

MR. ANDREW G. HARRIS,

Applicant,

v.

MR. STEVE GREEN, Warden, D.R.D.C., and
MR. JOHN W. SUTHERS, The Attorney General of the State of Colorado,

Respondents.

---

THIRD ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant, Andrew G. Harris, is a prisoner in the custody of the Colorado Department of Corrections (DOC) at the Denver Reception and Diagnostic Center in Denver, Colorado. Mr. Harris has filed a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. On October 17, 2007, the Court entered an order directing Applicant to amend the Application. The Clerk of the Court sent two copies of the Court-approved § 2254 application form to Applicant so that he may complete the form and return it to the Court. Applicant failed to do so. Again on January 28, 2008, the Court directed Applicant to file an Amended Application and to **complete the entire Court-approved form**.

Mr. Harris filed a Response to the Court's January 28, 2008, Order on February 27, 2008, in which he asserts that he responded to the Court's October 17, 2007, Order on November 13, 2007. The document Applicant signed and dated on November 13,

2007, and which was filed with the Court on November 15, 2007, does not comply with the Court's October 17, 2007, Order. Applicant's claims are not submitted on the Court-approved form used in filing § 2254 actions and all questions are not responded to on the Court-approved form. The Court is not responsible for searching through attachments to an application form to find answers to questions that are set forth in the form. Accordingly, it is

ORDERED that Clerk of the Court again is instructed to send to Applicant two copies of the 28 U.S.C. § 2254 Court-approved form. It is

FURTHER ORDERED that Applicant shall have thirty days from the date of the instant Order to file an Amended Application on a **Court-approved form used in filing 28 U.S.C. § 2254 actions**. It is

FURTHER ORDERED that if Applicant fails to file an Amended Application within the allowed time the action will be dismissed without further notice.

DATED March 3, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02137-BNB

Andrew Harris
Prisoner No. 49000
DRDC
PO Box 392004
Denver, CO 80239

I hereby certify that I have mailed a copy of the **ORDER and two copies of Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on 3/3/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk