IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

Civil Action No. 07cv-02137-WYD

ANDREW G. HARRIS,

    Applicant,

v.

ARI ZAVARAS, Director,
MARK A. BROADDUS, Warden, Denver Reception and Diagnostic Center, and
JOHN SUTHERS, Attorney General, State of Colorado,

    Respondents.

---

## ORDER FOR STATE COURT RECORD

---

    Applicant Andrew G. Harris, through counsel, filed a 28 U.S.C. § 2254 Petition. Respondents filed an Answer, and Mr. Harris, through counsel, filed a Reply. I find that the state court record is necessary for the resolution of this action.

    Pursuant to Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts, I will direct Respondents to provide to this Court the complete record of Mr. Harris's criminal action in Denver County District Court Case No. 91CR1013. Respondents shall provide the flat file and hearing transcripts for all proceedings in the trial court and in the appellate court. Accordingly, it is

    ORDERED that Respondents shall provide to this Court **within fifteen days**

**from the date of this Order** the complete record of Mr. Harris's criminal case as described above in this Order.  It is

FURTHER ORDERED that the Clerk of the District Court for the City and County of Denver produce the records as described in this Order that are in their possession and provide the records to counsel for Respondents in this case for filing with this Court.  It is

FURTHER ORDERED that the Clerk of this Court send a copy of this Order to both parties and to the Clerk of the Criminal Court, District Court for Denver City and County, Denver City and County Bldg, 1437 Bannock St., Rm 256, Denver, CO 80202.

Dated:  July 14, 2009

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                Chief United States District Judge