IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02137-WYD

ANDREW HARRIS,

    Applicant,

v.

ARI ZAVARAS, Director,
MARK A. BROADDUS, Warden, D.R.D.C., and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Respondents' Motion for Permission to File Amended Answer, filed August 21, 2009 (Doc. # 30) is **GRANTED**.

    Dated:  August 21, 2009.